**Opinion issued August 4, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00355-CR

_____

## EDDIE RAMOS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1438383**

---

## MEMORANDUM OPINION

Appellant, Eddie Ramos, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Although the motion does not contain a certificate of conference, the motion contains a certificate of service on appellee's counsel, has been on file with this

Court for more than ten days with no response filed, and no opinion has issued.  *See*

*id.* 9.5(d), (e), 10.3(a)(2), 42.2(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).